**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **HUSSAIN SALEEM** | ) | Case No. 11-13407-RGM |
| | ) | **(Chapter 7)** |
| **Debtor.** | ) | |

**TRUSTEE'S NOTICE OF INTENT TO COMPROMISE**

TO ALL CREDITORS AND PARTIES IN INTEREST:

    PLEASE TAKE NOTICE that undersigned Trustee has compromised with the debtor and accepted the sum of $6,000 as payment in full.  The debtor repaid his brother $9,000 in April 2011 within the preference period prior to filing his bankruptcy case.  This was payment for money the debtor owed to his brother.  The Trustee believes this to be a fair compromise based on the collectability of the money from the brother and legal fees if the Trustee were to obtain counsel to pursue collection.

    **Your rights may be affected.  You should read this Notice carefully and discuss it with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**  If you do not want the Court to approve the compromise or you want the Court to consider your views on the compromise, then, on or before November 4, 2011, you or your attorney must file with the Court a written response, explaining your position.  Your response must be filed with the clerk, U. S. Bankruptcy Court, 200 S. Washington Street, Alexandria, VA, 22314, and copies mailed both to the undersigned Trustee at 300 N. Washington Street, Suite 202, Alexandria, VA 22314 and to the U. S. Trustee at 115 S. Union Street, #P210, Alexandria, VA 22314.  If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

    If such an objection is timely filed and served a hearing will be scheduled thereon.  If no such objection is timely filed and served, the compromise will be completed without further notice.

    Under Local Bankruptcy Rule 9013-1, unless a written response to this notice and a supporting memorandum are filed with the clerk of the Court and served on the moving party within the time stated above, the Court may deem any opposition waived, treat the matter as conceded, and issue an Order approving the compromise without further notice or hearing.

| | |
|---|---|
| 10/13/2011 | /s/ Richard A. Bartl |
| Date of Mailing | Richard A. Bartl, Trustee (VSB No. 04518) |
| | TYLER BARTL RAMSDELL & COUNTS, PLC |
| | 300 N. Washington Street, #202 |
| | Alexandria, VA 22314 |
| | (703) 549-5000 |

## **CERTIFICATE OF SERVICE**

      Pursuant to LBR 2002-1(G) and LBR 5005-1 ( C)(8) I hereby certify that a copy of the foregoing Notice was mailed, first class mail, postage prepaid, this 13th day of October, 2011, to the Office of the U.S. Trustee, 115 S. Union Street, #P210, Alexandria, VA 22314, and all creditors and parties in interest on the service list attached hereto (if there are less than 25 creditors), or attached to the original of this paper on file with the Court (if there are more than 25 creditors).

                                                    /s/ Richard A. Bartl

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICA S
SERVICING CO
ATTN BANKRUPTCY DEPT
MAC X7801-014
3476 STATEVIEW BLVD

American Express
Po Box 981535
El Paso, TX 79998-1535

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

American InfoSource LP as agent for
Citibank N.A.
PO Box 248840
Oklahoma City, OK  73124-8840

Andrew S. Lerner, Esq.
c/o Zwicker & Associates PC
948 Clopper Road, 2nd Floor
Gaithersburg, MD 20878-1366

Bierman, Geesing & Ward
4520 East West Hwy
Suite 200
Bethesda, MD 20814-3382

Citi
Po Box 6497
Sioux Falls, SD 57117-6497

Hussain Saleem
12499 Maiden Creek Court
Bristow, VA 20136-1184

Midland Credit Management
Po Box 939019
San Diego, CA 92193-9019

Midland Credit Manangement, Inc.
8875 Aero Drive, Suite 200
San Diego CA 92123-2255

OFFICE OF THE US TRUSTEE
115 S. Union St., P-210
Alexandria, VA 22314

Redline Recovery Scvs LLC
11675 Rainwater Drive #350
Alpharetta, GA 30009-8684

Richard Owen Bolger
Bolger Law Firm, PLLC
10347 Democracy Lane
Fairfax, VA 22030-2505

SunTrust Bank
Attn:Support Services
PO BOX 85092
Richmond, VA 23285-5092

Suntrust Bank
Po Box 85526
Richmond, VA 23285-5526

US Bank National Association
8100 Three Chopt Road
Suite 240
Richmond, VA 23229-4833